UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORAL SCHMALLE et al., <br><br>Plaintiff, <br><br>v. <br><br>PATRICIA PRUDHOMME et al., <br><br>Defendants. | Case No.: 18-CV-02469 W (MDD) <br><br>**ORDER GRANTING ATTORNEYS' MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

Attorney Andres F. Quintana, Attorney John M. Houkom, and the law firm of Quintana Law Group, APC (collectively, "QLG") have filed a motion to withdraw as attorney of record for Defendants Patricia Prudhomme and J6 Development, LLC (the "Clients").[1] The motion is unopposed.

"The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." Washington v. Sherwin Real Estate,

---

[1] In their papers QLG expresses uncertainty about whether it represents Defendant J6 Development, LLC. Two documents confirm QLG represents J6 Development, LLC. First, in the Motion to Set Aside Default and Motion to Dismiss for Insufficient Service of Process, QLG lists itself as "Attorneys for Defendants … J6 Development, LLC." (*Mot.* [Doc. 6] p. 1.) Second, in his declaration, Attorney John M. Houkom's confirms that he is "counsel of record herein for Defendants … J6 Development, LLC." (*Houkom's Decl.* [Doc. 6-2] ¶ 1.)

1

Inc., 694 F.2d 1081, 1087 (7th Cir. 1982). Factors considered in evaluating the motion are "1) the reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the degree to which withdrawal will delay the resolution of the case." CE Resource, Inc. v. Magellan Group, LLC, 2009 WL 3367489, at *2 (E.D.Cal. 2009) (citing Canandaigua Wine Co., Inc. v. Moldauer, 2009 WL 89141, at *1 (E.D.Cal. 2009)).

QLG contends irreconcilable differences have arisen during this case, in which "the Clients have, by their conduct, rendered it unreasonably difficult for QLG to effectively represent them." (*Mot.* [Doc. 31] 6:14–15.) Additionally, QLG contends "the Clients are in material breach of the Agreement by failing and refusing to cooperate with QLG's efforts on their behalf and failure to pay QLG's fees." (*Id.* 7:17–21.) The Clients' failure to pay the attorneys' fees is a sufficient ground to justify withdrawal. See, CA ST RPC Rule 3-700(B)(f).

Additionally, there is nothing in the record suggesting that QLG's withdrawal will prejudice the other litigants in this matter, will harm the administration of justice or unduly delay the resolution of this case. QLG has notified and served a copy of this motion on the Clients and advised them to seek alternate counsel. (*Houkom Decl.* [Doc. 31] ¶ 8.) The motion was also served on the Plaintiffs. (*Cert. of Service* [Doc. 31-12].) To date, no opposition to the motion has been filed.

For all these reasons, the Court **GRANTS** Attorney Andres F. Quintana, Attorney John M. Houkom, and the law firm of Quintana Law Group, APC's motion to withdraw as attorneys of record for Defendants Patricia Prudhomme and J6 Development, LLC [Doc. 31] and **ORDERS AS FOLLOWS**:

1. QLG shall ensure service of a copy of this order to Defendants Patricia Prudhomme and J6 Development, LLC.

2. Defendants Patricia Prudhomme and J6 Development, LLC shall provide the Court with their address on or before **January 24, 2020**.

3. As a corporation, Defendant J6 Development, LLC, cannot appear pro se in federal court and must appear through licensed counsel. United States v. High Country Broad. Co., 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly, this matter is **STAYED** until **February 25, 2020** to allow J6 Development, LLC an opportunity to find replacement counsel.

Upon the expiration of the stay, this Court shall issue a ruling on Plaintiffs' motion for default judgment against Defendant J6 Development, LLC.

**IT IS SO ORDERED.**

Dated: January 10, 2020

Hon. Thomas J. Whelan
United States District Judge